■ STATE DIVISION OF HUMAN RIGHTS, on Complaint of ALVIN HUGLEY, Petitioner, v TRICO PRODUCTS CORPORATION, Respondent. — Determination unanimously confirmed and petition dismissed, without costs (*see, State Div. of Human Rights v Ingersoll-Rand Co.*, 106 AD2d 917). (Proceeding pursuant to Executive Law § 298.) Present — Hancock, Jr., J. P., Doerr, Denman, Green and O'Donnell, JJ.